IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No. 5:21-CV-129

**RUTT RENTAL, LLC**           )
                                )
       Plaintiffs,            )
                                )
vs.                             )
                                )
**ATLANTIC COAST FIRE TRUCKS, LLC** )
**and STEVE DILL (individually)**   )
                                )
       Defendants.            )
                                )

## CONSENT ORDER TO DISSOLVE AND RELEASE ATTACHMENT FUNDS

THIS CONSENT ORDER TO DISSOLVE AND RELEASE ATTACHMENT FUNDS (hereinafter the "Agreement") is made by and among Rutt Rental, LLC ("Plaintiff") and Atlantic Coast Fire Trucks, LLC And Steve Dill (the "Defendants") and their respective counsel (collectively the "Parties") and entered by the presiding Judge on the 2nd day of November, 2021, and is made pursuant to N.C. Gen. Stat. § 1-440.36 and 28 U.S.C.A.§ 1450 which authorizes the presiding Judge to dissolve and release the amount of funds used to attach upon the real property located at 5867 Balsom Ridge Road in Denver, Lincoln County, NC, which funds are currently being held by the Lincoln County Clerk of Superior Court. The Parties agree and consent to the following:

    1.    The Order of Attachment in the amount of $53,114.00 entered by the Lincoln County Clerk of Superior on July 30, 2021, be dissolved. (Order of Attachment – Exhibit 1).

    2.    The parties agree the funds paid by Plaintiff should no longer encumber the real property located at 5867 Balsom Ridge Road in Denver, Lincoln County, NC and instead should be disbursed by the Lincoln County Clerk of Superior Court back to Plaintiff.

    3.    By way of this Agreement the Parties agree and consent that the funds being held by the Lincoln County Clerk of Superior Court in reference to the aforementioned Order of

Attachment and in the amount of $53,114.00, should be immediately disbursed to Plaintiff and sent to their counsel Arnold and Smith, LLC located at 645 Carpenter Avenue, in Mooresville, North Carolina 28115.

*The Parties by way of their Counsel Agree :*

/s/ Jim Dedman
Jim Dedman
Attorney for Defendants


/s/ Ronnie D. Crisco, Jr.
Ronnie D. Crisco, Jr
Attorney for Plaintiff


**IT IS SO ORDERED:**

Signed: November 2, 2021

Kenneth D. Bell
United States District Judge