# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CASE NO. 5:21-CV-129-KDB-DCK

| | |
|---|---|
| **RUTT RENTAL, LLC,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **ATLANTIC COAST FIRE TRUCKS, LLC,** | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay Proceedings" (Document No. 13) filed March 24, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and following consultation with Judge Bell's chambers, the undersigned will grant the motion, with modification.

The Court commends the efforts of the parties and counsel to resolve this case. However, counsel are respectfully advised that if the parties fail to reach a settlement agreement during the stay, they should be prepared to promptly and efficiently re-engage in the discovery process necessary to set this case up for resolution by dispositive motion or trial.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay Proceedings" (Document No. 13) is **GRANTED with modification**. This matter is **STAYED** until May 27, 2022.

**IT IS FURTHER ORDERED** that the parties shall file a Notice Of Settlement or a Status Report on or before **May 27, 2022**.

**SO ORDERED**.

Signed: March 25, 2022

_____
David C. Keesler
United States Magistrate Judge