IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:21-CV-129-KDB-DCK

| | |
|---|---|
| RUTT RENTAL, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ATLANTIC COAST FIRE TRUCKS, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** regarding the parties' "Status Report" (Document No. 19) filed June 3, 2022. This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the Status Report, the record, and an email from counsel with proposed deadlines, the undersigned will update the case deadlines as set forth below.

The parties report that they "are prepared to promptly and efficiently re-engage in the discovery process" and seek "an updated set of case deadlines and trial date." (Document No. 19, pp. 1-2).

**IT IS, THEREFORE, ORDERED** that deadlines in this case are revised as follows: Defendant's Expert Report(s) - **July 11, 2022**; Discovery Completion – **September 12, 2022**; Dispositive Motions – **October 3, 2022**; Trial – **March 20, 2023**.

**IT IS FURTHER ORDERED** that the **STAY** of this matter is **LIFTED**.

**SO ORDERED**.

Signed: June 9, 2022

David C. Keesler
United States Magistrate Judge