IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:21-CV-129-KDB-DCK

| | |
|---|---|
| RUTT RENTAL, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ATLANTIC COAST FIRE TRUCKS, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay Proceedings" (Document No. 33) filed February 21, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Bell's chambers, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay Proceedings" (Document No. 33) is **GRANTED**. This matter is hereby **STAYED** pending resolution of the North Carolina Department of Environmental Quality proceeding.

**IT IS FURTHER ORDERED** that the parties shall file a Joint Status report on or before **May 22, 2023**, and every ninety (90) days thereafter.

**SO ORDERED**.

Signed: February 21, 2023

David C. Keesler
United States Magistrate Judge